
# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs **Michael Glover** | Docket Number<br><br>Magistrate Case Number **1:07mj 00153 SMS** |

**FILED** JUL 11 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT  ☐ INFORMATION  ☑ COMPLAINT  ☑ OTHER (SPECIFY) **petition**

CHARGING A VIOLATION OF:   U.S.C. § SECTION

DISTRICT OF OFFENSE **Central District of California**

DESCRIPTION OF CHARGES:
**violation of probation**

CURRANT BOND STATUS: __ Bail fixed at _____ and conditions were not met

☑ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

Representation: __ Retained Counsel  ☑ Federal Defender  __ CJA Attorney  __ None

Interpreter Required?  ☑ No   __ Yes   Language:

TO: THE UNITED STATES MARSHAL
   You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

**7-11-2007**
Date

*[signature]*
United States Magistrate Judge

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000